# EXHIBIT A

| | |
|---|---|
| **From:** | Taylor Anchors |
| **To:** | Get Access |
| **Subject:** | FW: Scott Ferguson |
| **Date:** | Tuesday, September 22, 2020 5:49:00 PM |
| **Attachments:** | facebook-30x30_196c542d-aa0a-4bd4-aa1b-c136b75fc7a6.png |
| | linkedin-30x30_be1ba51f-d04c-4b86-8b41-872fb2fccb47.png |
| | twitter-30x30_5ce057a9-ed8d-41f5-bc72-f3abacd14409.png |
| | _Main-Onviant-logo_v2.1-165x50_9d6c2950-9b44-4185-b761-dd0dba548131.png |

Hello,

Please send the contracting information to the below call center.  The call center will come beneath Onviant MGA.

Thanks,

**From:** Steve Neu <sneu@onviant.com>
**Sent:** Tuesday, September 22, 2020 3:00 PM
**To:** Taylor Anchors <taylor.anchors@ensurian.com>
**Subject:** Scott Ferguson

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Taylor,

Pls send Scott Ferguson a Convenant contract for the field agent side at 21%.  We will then duplicate and put the call center side on at 27%.  His agency name is American Medical Plans --  his email address is txhealthplans@yahoo.com.  Let me know if you need anything else.
Sgn

**Steve Neu**
*President*
**Onviant Insurance Solutions Inc**



**Address** 5838 Edison Place, Suite 201, Carlsbad, CA 92008
**Phone** +1 8338667628 **Mobile** +1 6825512659
**Toll Free** +1 8007058030

**Email** sneu@onviant.com **Website** https://link.edgepilot.com/s/d4047bd7/B5V97pcAMESb6jG2vGQdJw?u=http://www.onviant.com/

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

Tactic Edge security team actively monitors and adjusts email security for everyone's protection. Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

| | |
|---|---|
| **From:** | Jay Bretman |
| **To:** | Taylor Anchors |
| **Subject:** | Re: duplicate broker account into call center account |
| **Date:** | Wednesday, September 30, 2020 10:16:31 AM |
| **Attachments:** | image200455.png |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

This has been completed. Can you verify the setup? Ferguson American Medical Plans Inc - CC - 579724

Thank you,
Jay Bretman
**Humetics Support**



On Tue, Sep 29, 2020 at 2:04 PM Taylor Anchors <taylor.anchors@ensurian.com> wrote:

> Hello,
>
> Please duplicate broker account Ferguson American Medical Plans Inc 577483 into a call center account.  The parent for the new call center account will remain Onviant Insurance Agency 576435.  They marketing fee rate for this call center will be 27%.
>
> Thanks,
>
> **Taylor Anchors**
>
> *Director, External Call Center/Corporate Accounts*
>
> **Office:** 404.618.0602 Ext1748
> **Email:** taylor.anchors@ensurian.com
>
> **Ensurian.com**



**Due to COVID-19 please understand that our operations have been impacted and are encountering high volume requests. With many employees working remotely, our business, like others, is in a transitional time trying to adjust to crisis management measures that we've put into place. In this unprecedented time, as our employees, partners, vendors and clients all continue to navigate these complex and challenging times, we ask that you please allow for extended response times. Our commitment to you couldn't be stronger.**

CONFIDENTIALITY NOTICE: This e-mail (including attachments) may contain information that is confidential, proprietary or legally privileged. This information may be protected under HIPAA, US copyright laws, or other applicable regulations. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail or phone at 844-834-3456 and delete the message.

**Submitting private/personal information electronically:** Ensurian does not recommend transmitting private or personal information by email, fax or other electronic means. There is a risk that information sent by electronic means may be viewed or received by unauthorized persons. Member/Broker assumes all risks of unauthorized disclosure of any information transmitted by electronic means. Ensurian may in its sole discretion accept or reject any information submitted electronically and/or require you to provide acceptable authentication of such information. Any signed document submitted by email, fax or other electronic means may be accepted as a signed original document in Ensurian's discretion and shall be admissible as evidence of the document and the signer's execution. Upon receipt by Ensurian, any confidential information will be treated and protected as confidential information in accordance with Ensurian's privacy policies.

Tactic Edge security team actively monitors and adjusts email security for everyone's protection. Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

| | |
|---|---|
| **From:** | Get Access |
| **To:** | txhealthplans@yahoo.com |
| **Cc:** | Taylor Anchors |
| **Subject:** | Contracting your downline with Covenant HealthShare |
| **Date:** | Friday, October 2, 2020 3:37:57 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,

Your call center account for Covenant HealthShare has been created and activated. You may now begin contracting your downline sales representatives. Please see below for the step by step process:

## Contracting and activating your downline:

1. Provide the **Ferguson American Medical Plans Inc - CC** contracting link to the downline sales representative. The Ferguson American Medical Plans Inc - CC contracting link is https://link.edgepilot.com/s/dc49f5e4/ZwL16UaVvUux_MEl6qTOCw?u=https://www.getmeaccess.com/agents/signup.cfm?id=579724
2. The sales representative will type the password **usa** into the box and will be redirected to the representative sign-up form.
3. The sales representative will then complete and submit the sign-up form.
4. After completion of the form, the representative will then go to https://link.edgepilot.com/s/145bf9bd/5O3QL5KQTU_MR_TgE9YZpA?u=http://www.getmeaccessdirect.com/ and watch the training video.
5. After they have watched the training video, they will click the "sign me up now" button located to the right of the video.
6. The representative will then be redirected to a docusign form that acknowledges they have received training of the Covenant products. They will sign the docusign which will be automatically submitted to getmeacces. (If the docusign link does not work on the first try, please ask the agent to try a second time as this typically fixes any potential issues)
7. The representatives account will be activated within 24-48 hours.

Please note, that an approved Covenant training representative can also conduct a live training. This training would take the place of the training video the agents are able to watch. Please advise us, or your training representative, Taylor Anchors, if you wish to do the training this way.

Thanks,

Your Marketplace Team

Tactic Edge security team actively monitors and adjusts email security for everyone's protection. Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.