# EXHIBIT B

| No. | Payment Date | Broker Name | Payment Date | Payment Amount |
|---|---|---|---|---|
| 1 | 01/15/18 | American Medical Plans | 01/15/18 | $ 2,345.10 |
| 2 | 04/19/18 | American Medical Plans | 04/19/18 | $ 4,037.98 |
| 3 | 05/04/18 | American Medical Plans | 05/04/18 | $ 17,894.37 |
| 4 | 05/21/18 | American Medical Plans | 05/21/18 | $ 2,808.37 |
| 5 | 06/07/18 | American Medical Plans | 06/07/18 | $ 20,885.20 |
| 6 | 07/19/18 | American Medical Plans | 07/19/18 | $ 3,664.63 |
| 7 | 09/21/18 | American Medical Plans | 09/21/18 | $ 3,847.38 |
| 8 | 02/06/18 | American Medical Plans | 02/06/18 | $ 14,364.43 |
| 9 | 02/22/18 | American Medical Plans | 02/22/18 | $ 4,703.60 |
| 10 | 03/07/18 | American Medical Plans | 03/07/18 | $ 13,214.36 |
| 11 | 03/20/18 | American Medical Plans | 03/20/18 | $ 3,705.52 |
| 12 | 04/05/18 | American Medical Plans | 04/05/18 | $ 17,701.01 |
| 13 | 06/21/18 | American Medical Plans | 06/21/18 | $ 3,935.05 |
| 14 | 07/06/18 | American Medical Plans | 07/06/18 | $ 20,807.77 |
| 15 | 08/07/18 | American Medical Plans | 08/07/18 | $ 19,981.78 |
| 16 | 08/21/18 | American Medical Plans | 08/21/18 | $ 3,419.57 |
| 17 | 09/07/18 | American Medical Plans | 09/07/18 | $ 20,823.24 |
| 18 | 10/05/18 | American Medical Plans | 10/05/18 | $ 20,591.58 |
| 19 | 10/19/18 | American Medical Plans | 10/19/18 | $ 5,023.36 |
| 20 | 11/06/18 | American Medical Plans | 11/06/18 | $ 22,006.08 |
| 21 | 11/20/18 | American Medical Plans | 11/20/18 | $ 4,480.42 |
| 22 | 12/06/18 | American Medical Plans | 12/06/18 | $ 20,970.01 |
| 23 | 12/19/18 | American Medical Plans | 12/19/18 | $ 5,925.77 |
| 24 | 01/07/19 | American Medical Plans | 01/07/19 | $ - |
| 25 | 01/07/19 | American Medical Plans | 01/07/19 | $ 18,988.69 |
| 26 | 01/22/19 | American Medical Plans | 01/22/19 | $ 5,313.89 |
| 27 | 02/20/19 | American Medical Plans | 02/20/19 | $ 3,597.35 |
| 28 | 02/06/19 | American Medical Plans | 02/06/19 | $ 16,704.09 |
| 29 | 03/05/19 | Thomas Ferguson | 03/05/19 | $ 16,781.90 |
| 30 | 03/20/19 | Thomas Ferguson | 03/20/19 | $ 4,376.97 |
| 31 | 04/04/19 | Thomas Ferguson | 04/04/19 | $ 16,856.96 |
| 32 | 04/22/19 | Thomas Ferguson | 04/22/19 | $ 3,759.52 |
| 33 | 05/06/19 | Thomas Ferguson | 05/06/19 | $ 15,321.68 |
| 34 | 05/21/19 | Thomas Ferguson | 05/21/19 | $ 3,779.17 |
| 35 | 06/06/19 | Thomas Ferguson | 06/06/19 | $ 15,620.02 |
| 36 | 06/21/19 | Thomas Ferguson | 06/21/19 | $ 2,299.78 |
| 37 | 07/08/19 | Thomas Ferguson | 07/08/19 | $ 8,187.44 |
| 38 | 07/10/19 | Thomas Ferguson | 07/10/19 | $ 1,961.67 |
| 39 | 08/07/19 | Thomas Ferguson | 08/07/19 | $ 6,751.52 |
| 40 | 09/05/19 | Thomas Ferguson | 09/05/19 | $ 5,237.89 |
| 41 | 09/23/19 | Thomas Ferguson | 09/23/19 | $ 2,560.78 |
| 42 | 10/07/19 | Thomas Ferguson | 10/07/19 | $ 5,934.65 |
| 43 | 10/24/19 | Thomas Ferguson | 10/24/19 | $ 2,446.72 |
| 44 | 11/07/19 | Thomas Ferguson | 11/07/19 | $ 5,008.69 |
| 45 | 11/22/19 | Thomas Ferguson | 11/22/19 | $ 2,271.46 |
| 46 | 12/23/19 | Thomas Ferguson | 12/23/19 | $ 1,067.25 |
| 47 | 12/09/19 | Thomas Ferguson | 12/09/19 | $ 3,238.61 |
| 48 | 01/24/20 | Thomas Ferguson | 01/24/20 | $ 753.52 |
| 49 | 01/09/20 | Thomas Ferguson | 01/09/20 | $ 874.54 |

| No. | Payment Date | Broker Name | Payment Date | Payment Amount |
|---|---|---|---|---|
| 50 | 02/07/20 | Thomas Ferguson | 02/07/20 | $ 1,700.51 |
| 51 | 02/21/20 | Thomas Ferguson | 02/21/20 | $ 1,160.76 |
| 52 | 03/06/20 | Thomas Ferguson | 03/06/20 | $ 1,202.51 |
| 53 | 03/23/20 | Thomas Ferguson | 03/23/20 | $ 561.83 |
| 54 | 04/08/20 | Thomas Ferguson | 04/08/20 | $ 1,349.38 |
| 55 | 04/24/20 | Thomas Ferguson | 04/24/20 | $ 696.80 |
| 56 | 05/08/20 | Thomas Ferguson | 05/08/20 | $ 1,214.41 |
| 57 | 05/21/20 | Thomas Ferguson | 05/21/20 | $ 458.46 |
| 58 | 06/09/20 | Thomas Ferguson | 06/09/20 | $ 699.65 |
| 59 | 06/24/20 | Thomas Ferguson | 06/24/20 | $ 670.92 |
| 60 | 07/08/20 | Thomas Ferguson | 07/08/20 | $ 699.65 |
| 61 | 07/24/20 | Thomas Ferguson | 07/24/20 | $ 670.92 |
| 62 | 08/07/20 | Thomas Ferguson | 08/07/20 | $ 699.65 |
| 63 | 08/24/20 | Thomas Ferguson | 08/24/20 | $ 670.92 |
| 64 | 09/09/20 | Thomas Ferguson | 09/09/20 | $ 416.72 |
| 65 | 09/23/20 | Thomas Ferguson | 09/23/20 | $ 438.55 |
| 66 | 10/09/20 | Thomas Ferguson | 10/09/20 | $ 628.17 |
| 67 | 10/23/20 | Thomas Ferguson | 10/23/20 | $ 438.55 |
| 68 | 11/09/20 | Thomas Ferguson | 11/09/20 | $ 592.47 |
| 69 | 11/24/20 | Thomas Ferguson | 11/24/20 | $ 415.66 |
| 70 | 12/29/20 | Thomas Ferguson | 12/29/20 | $ 108.79 |
| 71 | 01/15/21 | Thomas Ferguson | 01/15/21 | $ 293.07 |
| 72 | 02/12/21 | Thomas Ferguson | 02/12/21 | $ 221.95 |
| 73 | 03/19/21 | Thomas Ferguson | 03/19/21 | $ 216.95 |
| 74 | 04/19/21 | Thomas Ferguson | 04/19/21 | $ 216.95 |
| 75 | 05/19/21 | Thomas Ferguson | 05/19/21 | $ 216.95 |
| 76 | 06/15/21 | Thomas Ferguson | 06/15/21 | $ 216.95 |
| | | | **TOTAL** | **$ 443,709.44** |