**IT IS ORDERED as set forth below:**



Date: August 12, 2024

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: : | |
| : | CHAPTER 11 |
| THE ALIERA COMPANIES, INC., : | |
| d/b/a Aliera Healthcare, Inc., et al, : | |
| Debtor, : | CASE NO. 21-11548 (TMH) |
| : | Currently pending in U.S. Bankruptcy |
| ............................................................... : | Court for the District of Delaware |
| ALIERA LT, LLC, as Liquidating Trustee for : | |
| The Aliera Companies, Inc., : | |
| d/b/a Aliera Healthcare, Inc., et al, and NEIL F : | ADVERSARY PROCEEDING |
| LURIA, in his Capacity as the Trustee of the : | 24-5031-JRS |
| Sharity Ministries, Inc., Liquidating Trust, : | |
| Plaintiffs, : | |
| v. : | |
| : | |
| AMERICAN MEDICAL PLANS, LLC AND : | |
| THOMAS S. FERGUSON, : | |
| Defendants. : | |

ORDER OF ADMISSION PRO HAC VICE

The court having read the Application of Jason S. Rigoli, Attorney at Law, for admission to practice pro hac vice in the above-styled case and it appearing that the Applicant meets the requirements of bankruptcy Local Rule 9010-2, it is

ORDERED that the Application is GRANTED.

(END OF DOCUMENT)

**John D. Elrod**
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, GA 30305

**Robert C Furr**
Furr Cohen
Ste 419A
2255 Glades Road
Boca Raton, FL 33431

**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Jason S Rigoli**
Furr and Cohen, PA.
Suite 419A
2255 Glades Road
Boca Raton, FL 33431