**IT IS ORDERED as set forth below:**



Date: February 14, 2025

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court for the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. D/B/A ALIERA HEALTHCARE INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL PLANS, LLC and THOMAS S. FERGUSON,<br>Defendants. | **Adversary Proceeding No**. 24-05031-JRS |

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

## ORDER AND NOTICE ON OMNIBUS STATUS HEARING

This matter comes before the Court in the adversary proceeding brought by Aliera LT, LLC, as Liquidating Trustee for The Aliera Companies, Inc. d/b/a Aliera Healthcare Inc., et al. and Neil F. Luria, in his capacity as the Trustee of the Sharity Ministries, Inc. Liquidating Trust ("Plaintiffs") against American Medical Plans, LLC and Thomas S. Ferguson ("Defendants").  Pursuant to the Court's Order Establishing Mediation Procedures, (the "Order", ECF No. 15), the parties were required to participate in mediation of this adversary proceeding, as well as to attend a virtual Omnibus Status Hearing  (the "Virtual Hearing ") to report on the status of the case by February 28, 2025.  The parties have stipulated to extend the mediation period and Virtual Hearing deadline through April. (ECF No. 22).  The Court shall extend the deadline to hold the Virtual Hearing to April 30, 2025 and shall hold the Virtual Hearing on March 24, 2025 at 10:00AM, at which Plaintiffs, Defendant, and defendants in other related adversary proceedings shall be present to provide a report on the posture of their respective cases.

Accordingly, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that the deadline for the Virtual Hearing shall be extended to March 30, 2025 and the Virtual Hearing in the above referenced adversary proceeding will be held in Courtroom 1404, United States Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA, at 10:00 A.M. on the 24th day of March, 2025. The status conference will be conducted remotely via Judge Sacca's Virtual Hearing Room. The link for the Virtual

Hearing Room can be found on Judge Sacca's Chambers page: https://www.ganb.uscourts.gov/content/honorable-james-r-sacca.

The Clerk is directed to serve a copy of this Order and Notice on Counsel for the Plaintiffs and Defendant.

**END OF DOCUMENT**