**IT IS ORDERED as set forth below:**



**Date: May 21, 2025**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>　　　　　　Debtors. | **Case No. 21-11548 (TMH)**<br>Currently pending in the U.S. Bankruptcy Court for the District of Delaware |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC. D/B/A ALIERA HEALTHCARE INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN MEDICAL PLANS, LLC and THOMAS S. FERGUSON,<br>　　　　　　Defendants. | **Adversary Proceeding No**. 24-05031-JRS |

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

## ORDER AND NOTICE ON OMNIBUS STATUS HEARING

This matter comes before the Court in the adversary proceeding brought by Aliera LT, LLC, as Liquidating Trustee for The Aliera Companies, Inc. d/b/a Aliera Healthcare Inc., et al. and Neil F. Luria, in his capacity as the Trustee of the Sharity Ministries, Inc. Liquidating Trust ("Plaintiffs") against American Medical Plans, LLC and Thomas S. Ferguson ("Defendants").  Pursuant to the Court's Order Establishing Mediation Procedures, (the "Order", ECF No. 15), the parties were required to participate in mediation of this adversary proceeding, as well as to attend a virtual Omnibus Status Hearing  (the "Virtual Hearing ") to report on the status of the case by February 28, 2025.  The parties have stipulated to extend the Virtual Hearing deadline through June. (ECF No. 25).  The Court hold the Virtual Hearing on June 26, 2025 at 1:00PM, at which Plaintiffs, Defendant,  and  defendants in other related adversary proceedings shall be present to provide a report on the posture of their respective cases.

Accordingly, it is hereby

**ORDERED and NOTICE IS HEREBY GIVEN** that the Virtual Hearing in the above referenced adversary proceeding will be held in Courtroom 1404, United States Courthouse, Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA, at 1:00 P.M. on the 26th day of June, 2025. The status conference will be conducted remotely via Judge Sacca's Virtual Hearing Room. The link for the Virtual

Hearing Room can be found on Judge Sacca's Chambers page: https://www.ganb.uscourts.gov/content/honorable-james-r-sacca.

The Clerk is directed to serve a copy of this Order and Notice on Counsel for the Plaintiffs and Defendant.

**END OF DOCUMENT**

United States Bankruptcy Court

Northern District of Georgia

Aliera LT, LLC, as Liquidating Trustee f,
   Plaintiff

American Medical Plans, LLC,
   Defendant

Adv. Proc. No. 24-05031-jrs

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 2
Date Rcvd: May 21, 2025     Form ID: pdf534     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jason S Rigoli, Furr and Cohen, PA., Suite 419A, 2255 Glades Road, Boca Raton, FL 33431-7379 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

**Name**     **Email Address**

Allison Jane McGregor
    on behalf of Plaintiff Neil F. Luria in his capacity as the Trustee of the Sharity Ministries, Inc. Liquidating Trust allison.mcgregor@gtlaw.com, fieldss@gtlaw.com

Allison Jane McGregor
    on behalf of Plaintiff Aliera LT LLC, as Liquidating Trustee for The Aliera Companies, Inc. D/B/A Aliera Healthcare Inc., ET AL, allison.mcgregor@gtlaw.com, fieldss@gtlaw.com

John D. Elrod
    on behalf of Plaintiff Aliera LT LLC, as Liquidating Trustee for The Aliera Companies, Inc. D/B/A Aliera Healthcare Inc., ET AL, elrodj@gtlaw.com, fieldss@gtlaw.com,allison.mcgregor@gtlaw.com

John D. Elrod
    on behalf of Plaintiff Neil F. Luria in his capacity as the Trustee of the Sharity Ministries, Inc. Liquidating Trust elrodj@gtlaw.com, fieldss@gtlaw.com,allison.mcgregor@gtlaw.com

Robert C Furr

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
| Date Rcvd: May 21, 2025 | Form ID: pdf534 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Thomas S. Ferguson rfurr@furrcohen.com ltitus@furrcohen.com;jrigoli@furrcohen.com;staff1@furrcohen.com |
| Robert C Furr | |
| | on behalf of Defendant American Medical Plans  LLC rfurr@furrcohen.com, ltitus@furrcohen.com;jrigoli@furrcohen.com;staff1@furrcohen.com |

TOTAL: 6